```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

JOYCE RISHER                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 4:07cv47-TSL-LRA

O'REILLY AUTOMOTIVE, INC.                                 DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on for hearing pursuant to a joint stipulation of dismissal and the court having heard and considered same, finds said stipulation well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above styled and numbered cause is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 14th day of February, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

/s/William B. Jacob
WILLIAM B. JACOB OF COUNSEL FOR
JOYCE RISHER

/s/Kristin T. Ashworth
KRISTIN T. ASHWORTH, OF COUNSEL
FOR O'REILLY AUTOMOTIVE, INC.